**Jerry D. BRIMER, Appellant,**

v.

**Connie K. BRIMER, Respondent.**

**No. WD 34818.**

Missouri Court of Appeals,
Western District.

March 27, 1984.

James Endicott, Versailles, for appellant.

Will F. Berry, Jr., Versailles, for respondent.

Before SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Husband appeals from the modification of an award of child support in a dissolution decree. The modification reduced the husband's weekly child support obligation from $100.00 for each of the parties' two children to $50.00 per week per child.

Affirmed. Rule 84.16(b).